general guardian for Katherine Nenno, an infant over the age of 14 years.

PER CURIAM. Decree reversed, without costs, and the matter remitted to the surrogate for further action. Held that, while the surrogate properly determined that some person other than the father should be appointed guardian, we think it was not a proper exercise of discretion to appoint Hugh Hubbard, in view of the relations of all the parties interested, and, if a guardian is to be appointed, it should be some person other than the said Hugh Hubbard or the father of the infant.

NESSENIUS v. TOWN OF ROSE. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Frank Nessenius, as administrator, etc., against the town of Rose. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

NESSENIUS, Appellant, v. TOWN OF ROSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Frank Nessenius, as administrator, etc., against the town of Rose. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

NEWCOMB et al., Appellants, v. BURBANK, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by David B. Newcomb and others against Caleb A. Burbank, individually, etc. E. A. Watson, for appellants. E. D. Hawkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEW HARTFORD COTTON MFG. CO., Respondent, v. LOWENSTEIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by the New Hartford Cotton Manufacturing Company against Morris Lowenstein and others. No opinion. Order affirmed, with $10 costs and disbursements.

NEWMAN, Respondent, v. BAY RIDGE DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by August Newman against the Bay Ridge Dairy Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. HERENDEEN MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by the New York Central & Hudson River Railroad Company against the Herendeen Manufacturing Company. No opinion. Order affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by the New York Central & Hudson River Railroad Company against Frank J. Moore.

PER CURIAM. Order affirmed, with costs. KRUSE, J., not sitting.

NIAGARA, LOCKPORT & ONTARIO POWER CO., Respondent, v. BRIDGES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by the Niagara, Lockport & Ontario Power Company against Thomas J. Bridges and others, as the town board of Perinton, N. Y., and another. No opinion. Judgment affirmed, with costs.

NICKELL, Appellant, v. TRACY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by Ida E. Nickell against Harriet Tracy and another. No opinion. Judgment affirmed, with costs.

NICOLL, Respondent, v. DEITCHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Pauline Nicoll against Samuel Deitchman. No opinion. Motion denied, on condition that the appellant perfect his appeal and put the case upon the next calendar of this court; otherwise, motion granted, with $10 costs.

NIEHAUS, Respondent, v. NIEHAUS, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Regina A. Niehaus against Charles H. Niehaus. H. B. Goodstein, for appellant. S. H. Evins, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NIMS et al., Respondents, v. TUPPER LAKE WATER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Alvin F. Nims and others against the Tupper Lake Water Company. PER CURIAM. Judgment and order affirmed, with costs. SEWELL, J., dissents.

NOONAN, Appellant, v. MANHATTAN RY. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Stephen J. Noonan against the Manhattan Railway Company and another. J. M. Perry, for appellant. J. H. Adams, for respondents. PER CURIAM. Determination affirmed, with $10 costs and disbursements. Order filed. HOUGHTON, J., dissents.

NUNNALLY v. MAIL & EXPRESS CO. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Florence Nunnally against the Mail & Express Company. No opinion. Motion granted. Order filed.

NUNNALLY, Appellant, v. MAIL & EXPRESS CO., Respondent. (Supreme Court,